UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGEL LIMA,

                Plaintiff,

    -against-

FOX TELEVISION STATION, INC.,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
04-CV-1326 (ARR)

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 30, 2005, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated September 30, 2005, after a *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding defendant $30,000.00 for attorney's fees and costs incurred in defense of this action; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; and that the defendant is awarded $30,000.00 for attorney's fees and costs incurred in defense of this action.

Dated: Brooklyn, New York
         October 24, 2005

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court